UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION f/k/a/ EVERGREEN MARINE CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>GLOBAL SHIPPING AGENCIES, S.A. and GLOBAL SHIPPING AGENCIES S.A.S.,<br><br>Respondents. | 20-cv-12917<br><br>JUDGMENT |

THIS MATTER comes before the Court upon Petitioner's Motion to Confirm Arbitration Award. ECF No. 4. The Court having considered the moving papers submitted by the Petitioner; Respondents having failed to respond thereto; and a decision having been duly rendered; **IT IS** on this 10th day of November 2020 hereby **ORDERED AND ADJUDGED** that:

1. Petitioner shall recover from Respondents the sum of **$1,160,473.57**, plus all accrued interest pursuant to the terms of the Arbitration Award.

2. Post-judgment interest shall continue to accrue, at the rate of three percent above the three-month London Interbank Offering Rate (LIBOR) on the principal amount of $1,040,925.73, from the date hereof until such principal amount is paid in full by Respondents.

WILLIAM J. MARTINI, U.S.D.J.